# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RICK RAY BORDGES § | |
| § | |
| V. § | CASE NO. 4:11-CV-310 |
| § | (Judge Schneider/Judge Mazzant) |
| CITY OF FLOWER MOUND, TEXAS, § | |
| OFFICER D. SMITH, OFFICER M § | |
| DRAUT, AND TODD INGALSBE § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 14, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion for Judgment on the Pleadings of Defendants Town of Flower Mound, Texas, Officer D. Smith and Officer M. Draut (Dkt. #13) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Motion for Judgment on the Pleadings of Defendants Town of Flower Mound, Texas, Officer D. Smith and Officer M. Draut (Dkt. #13) is **GRANTED**. The case shall proceed against Defendant Todd Ingalsbe.

**It is SO ORDERED.**

SIGNED this 15th day of November, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE